No. 88–1208. SANDIA FEDERAL SAVINGS & LOAN ASSN. *v.* FEDERAL SAVINGS AND LOAN INSURANCE CORPORATION, AS RECEIVER FOR VERNON SAVINGS & LOAN ASSN. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Coit Independence Joint Venture* v. *FSLIC*, 489 U. S. 561 (1989).

No. 88–1300. FEDERAL SAVINGS AND LOAN INSURANCE CORPORATION, AS RECEIVER FOR BOHEMIAN SAVINGS & LOAN ASSN. *v.* CAPOZZI ET AL. C. A. 8th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *FSLIC* v. *Ticktin, ante,* p. 82.

No. — – ——. IN RE CRAMBLET. Motion for leave to file petition for common-law writ of habeas corpus and other relief denied.

No. — – ——. IN RE DEAN. Motion for an order to file petition for writ of habeas corpus and other relief denied.

No. D–750. IN RE DISBARMENT OF SOUCEK. Disbarment entered. [For earlier order herein, see 488 U. S. 1000.]

No. D–785. IN RE DISBARMENT OF ARONSON. It is ordered that Mitchell David Aronson, of North Miami, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–786. IN RE DISBARMENT OF FORD. It is ordered that John J. Ford III, of San Francisco, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–787. IN RE DISBARMENT OF PRANTIL. It is ordered that Frank G. Prantil, of Fair Oaks, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–788. IN RE DISBARMENT OF CATES. It is ordered that Michael H. Cates, of Key West, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within